1

2

3

4

5                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

JAMES DEAN WILKS,                          )
7                                          )
                    Petitioner,            )        Case No. C05-0235-RSM
8                                          )
         v.                                )
9                                          )
REED HOLTGEERTS,                           )        ORDER DISMISSING § 2254
10                                         )        PETITION WITHOUT PREJUDICE
                    Respondent.            )
11  _____)

12          The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

13  answer to the petition, the Report and Recommendation of James P. Donohue, United States

14  Magistrate Judge, and the remaining record, does hereby find and Order:

15          (1)     The Court adopts the Report and Recommendation.

16          (2)     Petitioner's federal habeas petition (Dkt. No. 7) is DENIED, and this action is

17                  DISMISSED without prejudice.

18          (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

19                  respondent, and to Judge Donohue.

20          DATED this 14th day of October, 2005.

21

22                                                  RICARDO S. MARTINEZ
23                                                  UNITED STATES DISTRICT JUDGE

24

25
    ORDER DISMISSING § 2254
26  PETITION WITHOUT PREJUDICE